Ivan L. COX, Petitioner,

v.

UNITED STATES POSTAL SERVICE,
Respondent.

No. 04–3422.

United States Court of Appeals,
Federal Circuit.

Sept. 27, 2004.

Michael J. Carroll, Principal Attorney, Babich, Goldman, Des Moines, IA, for Petitioner.

### ORDER

The petitioner having failed to file the required Statement Concerning Discrimination, it is

ORDERED that the petition for review be, and the same hereby is, DISMISSED, for failure to prosecute in accordance with the rules.

Agostinho Dias REIS, Plaintiff–Appellant,

and

Sheilagh Carey Dos REIS, J. Leslie Daniels, Casimiro Guilherme Dos Santos Reis, Abdallah Hichimi, Andrew J. Jenkins, Brandao Reis & Castelo Branco, Brandao Silvera & Jenkins, Hachimi Reis & Al–Shirazi, The Estate of Anthony L. De Lyra, The Estate of Jane L. De Lyra, Grupo Rebra Lda., and Paragua Investments, Inc., Appellants,

v.

UNITED STATES, Defendant–Appellee.

No. 04–5128.

United States Court of Appeals,
Federal Circuit.

Sept. 28, 2004.

Agostinho Dias Reis, of Counsel, Shirley, NY, for Plaintiff-Appellant.

David R. Feniger, Principal Attorney, Bryant G. Snee, David M. Cohen, of Counsel, Washington, DC, for Defendant-Appellee.

### ORDER

On September 2, 2004, the court issued an order directing the Appellants to show cause, on or before September 23, 2004, "why this appeal should not be dismissed as premature". The court received a document from Agostinho Dias Reis on September 15, 2004, that was not responsive to the show cause order. No other documents have been submitted by the Appellants.

Upon consideration thereof,

IT IS ORDERED THAT:

(1) This appeal is hereby dismissed.

(2) Each side shall bear its own costs.